AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DERRICK NESBITT,

    Petitioner,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: CV423-181

CHARLES MIMMS,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 7, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's petition filed under 28 U.S.C. § 2254 is dismissed, and this civil action stands closed.

August 7, 2023
Date

John E. Triplett, Clerk of Court
Clerk

*Candy Cslell*
(By) Deputy Clerk

GAS Rev 10/2020